IN THE DISTRICT COURT IN AND FOR
THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:11-cv-61380

ROBERT EISENBERG,

    Plaintiff,

v.

COLLECTCORP CORPORATION,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of the Southern District of Florida, Plaintiff's Notice of Settlement. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

                Respectfully submitted,
                **ROBERT EISENBERG**

                By: s/ Alex Weisberg
                ALEX D. WEISBERG
                FBN: 0566551
                WEISBERG & MEYERS, LLC
                ATTORNEYS FOR PLAINTIFF
                5722 S. Flamingo Road, Ste. 656
                Cooper City, FL 33330
                (954) 212-2184
                (866) 577-0963 fax
                aweisberg@attorneysforconsumers.com

**CERTIFICATE OF FILING**

I HEREBY CERTIFY THAT this Notice was filed on this 1st day of July, 2011, by means of the CM/ECF system.

**CERTIFICATE OF SERVICE BY MAIL**

I, Alex D. Weisberg, certify that a true and correct copy of the foregoing Notice was served upon Ms. Dayle Van Hoose, Sessions, Fishman, Nathan & Israel, LLC, 3350 Buschwood Park Drive, Ste. 195, Tampa, FL 33618, by depositing the same on July 1, 2011, in the U.S. Mail Chute enclosed in an envelope with first class postage prepaid thereon.

By: s/ Alex Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Road, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com