UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61380-CIV-DIMITROULEAS

ROBERT EISENBERG,

    Plaintiff,

vs.

COLLECTCORP CORPORATION,

    Defendant.
_____/

### ORDER APPROVING NOTICE OF VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Dismissal With Prejudice [DE 7], filed herein on July 27, 2011.  The Court has carefully considered the Notice and is otherwise fully advised in the premises.  Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order "before the opposing party serves either an answer or a motion for summary judgment," as is the case here.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     Plaintiff's Notice of Dismissal With Prejudice [DE 7] is hereby **APPROVED**;

2.     This action is hereby **DISMISSED with prejudice**;

3.     The Clerk shall **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 27th day of July, 2011.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record